UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MECHELLE AZAR,

    Plaintiff,

v.                                        Case No:  2:15-cv-300-FtM-38MRM

DOLPHIN KEY RESORT, LLC, and
STEWART P. GALLAGER,

    Defendant.
_____/

## ORDER

This matter comes before the Court following a preliminary pretrial conference with the parties held by the undersigned on September 14, 2015.  The Parties expressed an interest in the magistrate judge holding a settlement conference in this matter.  Further, the parties expressed an interest in holding the conference between the Thanksgiving and Christmas holidays as this would be the most beneficial time to do so.  Thus, the Court will refer this matter for a settlement conference before the Honorable Carol Mirando. The parties shall contact Judge Mirando's chambers to obtain a date for a settlement conference convenient with the Court's schedule.

Accordingly, it is now

**ORDERED:**

1. The case is **referred** to the Honorable Magistrate Judge Carol Mirando to conduct a settlement conference and to enter any related Orders as deemed appropriate.

2. The parties shall contact Judge Mirando to obtain a date for a settlement conference convenient with the Court's schedule.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of September, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record,
Hon. Carol Mirando, United States Magistrate Judge